206 P.3d 459

**Bruce DuPONT et al.**

v.

**Francis Woodward REUTER.**

**No. CV–08–0351–PR.**

Supreme Court of Arizona.

Feb. 10, 2009.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.